MARGARET HART EDWARDS, Bar No. 65699
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940

ADRIANNE B. OSTROWSKI, Bar No. 238786
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200

Attorneys for Defendants
FRONTIER COMMUNICATIONS
CORPORATION, CITIZENS TELECOM
SERVICES COMPANY, L.L.C., AND KEVIN
MAILLOUX

GEORGE DUESDIEKER
LAW OFFICE OF GEORGE DUEDIEKER
405 El Camino Real #107
Menlo Park, CA  94025
Telephone:     (650) 566-9529

Attorney for Plaintiff
PHYLLIS WHITTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>        Plaintiff,<br><br>    v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10,<br><br>        Defendants. | Case No.  2:12−CV−02926−TLN−EFB<br><br>[PROPOSED] **ORDER AFTER HEARING ON DISCOVERY DISPUTE** |

Firmwide:125843782.1 064194.1023                                        Case No.  2:12−CV−02926−TLN−EFB

This matter came before the Court on February 26, 2014 with respect to three discovery disputes. (Dockets 22 & 23). Barbara A. Blackburn, Littler Mendelson, P.C. appeared on behalf of Defendant Frontier Communications Corporation ("Frontier"), George Duesdieker appeared on behalf of Plaintiff. Based on the pleadings in the file and the arguments of counsel, the Court rules as follows:

1. Plaintiff's motion to compel answers to Plaintiff's first set of interrogatories (salary information) is granted as to interrogatories 1, 2, 4 & 5, but denied as to interrogatory 3. Any answers will be subject to the parties' stipulated protective order. Such interrogatory answers will be provided to Plaintiff no later than March 19, 2014.

2. Plaintiff's motion seeking a determination that the attorney-client privilege does not apply to her advice regarding use of the U.S. flag in Defendant Frontier's marketing, is denied.

3. Defendant Frontier's motion to compel answers to its Special Interrogatories Nos. 4 and 5 is granted. Such interrogatory answers will be provided to Defendant no later than March 19, 2014.

IT IS SO ORDERED.

DATED: March 13, 2014.

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

DATED: March 10, 2014         /s/ Barbara A. Blackburn
                              Barbara A. Blackburn

DATED: March 10, 2014         /s/ George Duesdieker (approved on 03/10/14)
                              George Duesdieker