| | |
|---|---|
| 1 | MARGARET HART EDWARDS, Bar No. 65699 |
| 2 | LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, CA 94108.2693 |
| 3 | Telephone: 415.433.1940 |
| 4 | ADRIANNE B. OSTROWSKI, Bar No. 238786<br>BARBARA A. BLACKBURN, Bar No. 253731 |
| 5 | LITTLER MENDELSON, P.C.<br>500 Capitol Mall, Suite 2000 |
| 6 | Sacramento, CA 95814<br>Telephone: 916.830.7200 |
| 7 | |
| 8 | Attorneys for Defendants<br>FRONTIER COMMUNICATIONS<br>CORPORATION, CITIZENS TELECOM |
| 9 | SERVICES COMPANY, L.L.C., AND KEVIN<br>MAILLOUX |
| 10 | |
| 11 | GEORGE DUESDIEKER<br>LAW OFFICE OF GEORGE DUEDIEKER |
| 12 | 405 El Camino Real #107<br>Menlo Park, CA 94025 |
| 13 | Telephone: (650) 566-9529 |
| 14 | Attorney for Plaintiff<br>PHYLLIS WHITTEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>              Plaintiff,<br><br>      v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10,<br><br>              Defendants. | Case No. 2:12−CV−02926−TLN−EFB<br><br>**STIPULATION EXTENDING DISCOVERY DATES AND ORDER** |

Case No. 2:12−CV−02926−TLN−EFB

STIPULATION EXTENDING DISCOVERY DATES AND ORDER

The parties of record, through their counsel, have worked to accommodate each other regarding the scheduling of depositions in this matter. The current non-expert discovery cut-off in this matter is April 2, 2014. For the benefit of the schedules of counsel, the parties and the witnesses, the parties hereby stipulate that the following depositions may be taken on mutually agreed dates no later than April 28, 2014. Depositions of: Cecilia Mc Kenney, Alan Gaynor and Barbara Matson.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 5, 2014   /s/ *George Duesdieker* (approved on 03/10/14)
GEORGE DUESDIEKER
Law Office of George Duesdieker
Attorneys for Plaintiff PHYLLIS WHITTEN

DATED: March 5, 2014   /s/ *Barbara A. Blackburn*
MARGARET HART EDWARDS
BARBARA A. BLACKBURN
Littler Mendelson, P.C.
Attorneys for Defendants FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 14, 2014

Troy L. Nunley
United States District Judge

2.   Case No. 2:12−CV−02926−TLN−EFB
STIPULATION EXTENDING DISCOVERY DATES AND ORDER