GEORGE DUESDIEKER (SBN 95505)
LAW OFFICE OF GEORGE DUESDIEKER
405 El Camino Real # 107
Menlo Park, California 94025
Telephone:  (650) 566-9529
Facsimile:   (650) 618-1844

Attorney for Plaintiff Phyllis Whitten

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>        Plaintiff,<br><br>   v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, and KEVIN MAILLOUX<br><br>        Defendants. | Case No. 2:12-cv-02926-TLN-EFB<br><br>**ORDER SEALING DOCUMENTS** |

Pursuant to Local Rule 141, and the Request to Seal Documents submitted by Plaintiff Phyllis Whitten, the documents submitted by Plaintiff as pages 1 – 11 in connection with said request are hereby filed under seal, with access limited to court personnel.   Such documents shall remain under seal until such time as the Pre-Trial Conference in this matter, when the sealing of such documents will again be considered.

Dated: May 20, 2014

_____
Troy L. Nunley
United States District Judge