UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phyllis Whitten,<br><br>  Plaintiff,<br><br>  v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES CO. et al.,<br><br>  Defendants. | No. 2:12-cv-02926 TLN EFB<br><br>**AMENDED ORDER** |

This matter is before the Court pursuant to Defendants Frontier Communications Corporation, Citizens Telecom Services Co., and Kevin Mailloux's (collectively referred to as "Defendants") Ex Parte Application for an Order Extending the Expert Disclosure Deadline. (*See* ECF No. 39.) Plaintiff Phyllis Whitten ("Plaintiff") opposes Defendants' application. (*See* ECF No. 40.) The Court has reviewed the information provided by both parties and finds that Defendants have shown good cause for their requested extension.

Accordingly, Defendants' Ex Parte Application is hereby GRANTED as follows:

1. The expert disclosure deadline is extended by 45 days from the current deadline of July 8, 2014. The new deadline is August 22, 2014.

2. The associated deadline to disclose contradictory and/or rebuttal experts is also

///

extended by 45 days from the current deadline of August 6, 2014. The new deadline is September 21, 2014.

      IT IS SO ORDERED.

Dated: July 10, 2014