MARGARET HART EDWARDS, Bar No. 65699
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

ADRIANNE B. OSTROWSKI, Bar No. 238786
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200

Attorneys for Defendants
FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>        Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10,<br><br>        Defendants. | Case No. 2:12−CV−02926−TLN−EFB<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE DEADLINE FOR DEFENDANTS TO FILE A DISCOVERY MOTION**<br><br>Ctrm: 2, 15th Floor<br>Judge: Troy L. Nunley |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE DEADLINE FOR DEFENDANTS TO FILE A DISCOVERY MOTION

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Defendants FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX brought their *Ex Parte* Application for an Order Extending the Extending the Deadline to Allow Defendants' to File a Discovery Motion. For good cause shown, Defendants' *Ex Parte* Application is hereby GRANTED as follows:

1. Defendants must bring their discovery motion before Magistrate Judge Brennan within twenty-eight (28) days of the entry of this order.

2. This motion is limited to the following issues raised in Defendants' *Ex Parte* Application: (1) Plaintiff's medical records with Dr. Goldberg; and (2) the mirror image of Plaintiff's hard drive created by Digital Mountain on March 17, 2014.

**IT IS SO ORDERED.**

Dated: July 30, 2014

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE DEADLINE FOR DEFENDANTS TO FILE A DISCOVERY MOTION