MARGARET HART EDWARDS, Bar No. 65699
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940

ADRIANNE B. OSTROWSKI, Bar No. 238786
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200

Attorneys for Defendants
FRONTIER COMMUNICATIONS
CORPORATION, CITIZENS TELECOM
SERVICES COMPANY, L.L.C., AND KEVIN
MAILLOUX

GEORGE DUESDIEKER
LAW OFFICE OF GEORGE DUESDIEKER
405 El Camino Real #107
Menlo Park, CA  94025
Telephone:   (650) 566-9529

Attorney for Plaintiff
PHYLLIS WHITTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>        Plaintiff,<br><br>    v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10,<br><br>        Defendants. | Case No.  2:12−CV−02926−TLN−EFB<br><br>**STIPULATION RE: DEFENDANTS' DISCOVERY MOTION AND EXPERT WITNESS DISCLOSURES AND ORDER** |

Firmwide:128296962.1 064194.1023                                                Case No.  2:12−CV−02926−TLN−EFB
STIPULATION RE: DEFENDANTS' DISCOVERY MOTION AND EXPERT WITNESS DISCLOSURES AND ORDER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

The parties have met and conferred to discuss the discovery issues raised in the Court's July 30, 2014 Order Granting Defendants' *Ex Parte* Application for an Order Extending the Deadline for Defendants to File a Discovery Motion.  As a result of those discussions, FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., and KEVIN MAILLOUX and Plaintiff PHYLLIS WHITTEN, subject to the approval of the Court, hereby stipulate and agree through their respective counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendants' deadline to bring a discovery motion before Magistrate Judge Brennan should be extended to September 24, 2014.  Plaintiff's counsel is unavailable from August 23 to September 7, 2014, and this extension will allow the parties sufficient time to further meet and confer and, if necessary, draft a joint statement about the discovery disputes.

2. Because of this extended deadline and Defendants' pending Motion for Summary Judgment or, in the Alternative, Summary Adjudication, the parties agree that the deadline to make expert witness disclosures should be extended to November 4, 2014 and any contradictory and/or rebuttal expert disclosures shall be made on or before December 9, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 7, 2014          /s/ *George Duesdieker* (as authorized on 08/07/14)
                               GEORGE DUESDIEKER
                               Law Office of George Duesdieker
                               Attorneys for Plaintiff PHYLLIS WHITTEN


DATED: August 7, 2014          /s/ *Barbara A. Blackburn*
                               MARGARET HART EDWARDS
                               ADRIANNE B. OSTROWSKI
                               BARBARA A. BLACKBURN
                               Littler Mendelson, P.C.
                               Attorneys for Defendants FRONTIER
                               COMMUNICATIONS CORPORATION, CITIZENS
                               TELECOM SERVICES COMPANY, L.L.C., AND
                               KEVIN MAILLOUX

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

2.     Case No. 2:12−CV−02926−TLN−EFB
STIPULATION RE: DEFENDANTS' DISCOVERY MOTION AND EXPERT WITNESS DISCLOSURES AND ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 12, 2014

_____
Troy L. Nunley
United States District Judge

3.   Case No. 2:12−CV−02926−TLN−EFB
STIPULATION RE: DEFENDANTS' DISCOVERY MOTION AND EXPERT WITNESS DISCLOSURES AND ORDER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940