MARGARET HART EDWARDS, Bar No. 65699
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

ADRIANNE B. OSTROWSKI, Bar No. 238786
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200

Attorneys for Defendants
FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX

GEORGE DUESDIEKER
LAW OFFICE OF GEORGE DUESDIEKER
405 El Camino Real #107
Menlo Park, CA 94025
Telephone: (650) 566-9529

Attorney for Plaintiff
PHYLLIS WHITTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>           Plaintiff,<br><br>     v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10,<br><br>           Defendants. | Case No. 2:12−CV−02926−TLN−EFB<br><br>**STIPULATION RE: PLAINTIFF'S EMOTIONAL DISTRESS ALLEGATIONS AND ORDER** |

Firmwide:128330729.2 064194.1023                                  Case No. 2:12−CV−02926−TLN−EFB
STIPULATION RE: PLAINTIFF'S EMOTIONAL DISTRESS ALLEGATIONS AND ORDER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Defendants FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., and KEVIN MAILLOUX and Plaintiff PHYLLIS WHITTEN, subject to the approval of the Court, hereby stipulate and agree through their respective counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED THAT:

1. This stipulation is limited to Plaintiff's claim for emotional distress damages against Defendants. At trial Plaintiff will not rely on the testimony of any retained or non-retained expert or treating healthcare provider, including, but not limited to, any physician, psychologist, psychiatrist, or any other healthcare provider, with regard to her claim for emotional distress damages   With regard to emotional distress damages, Plaintiff will not testify at any time, nor will any witness called on her behalf testify, that any health care provider (including, but not limited to, the providers listed above), attributed any physical or mental health symptoms to Defendants' alleged acts.

2. Defendants will not subpoena Plaintiff's medical records from Dr. Suzanne Goldberg, 2029 Q Street NW, Washington, D.C. 20009.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 7, 2014           /s/ *George Duesdieker* (as authorized on 08/07/14)
                                GEORGE DUESDIEKER
                                Law Office of George Duesdieker
                                Attorneys for Plaintiff PHYLLIS WHITTEN


DATED: August 7, 2014           /s/ *Barbara A. Blackburn*
                                MARGARET HART EDWARDS
                                ADRIANNE B. OSTROWSKI
                                BARBARA A. BLACKBURN
                                Littler Mendelson, P.C.
                                Attorneys for Defendants FRONTIER
                                COMMUNICATIONS CORPORATION, CITIZENS
                                TELECOM SERVICES COMPANY, L.L.C., AND
                                KEVIN MAILLOUX

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 27, 2014

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:128330729.2 064194.1023

3.

Case No.  2:12−CV−02926−TLN−EFB

STIPULATION RE: PLAINTIFF'S EMOTIONAL DISTRESS ALLEGATIONS AND ORDER