1  MARGARET HART EDWARDS, Bar No. 65699
   LITTLER MENDELSON, P.C.
2  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
3  Telephone:    415.433.1940

4  ADRIANNE B. OSTROWSKI, Bar No. 238786
   BARBARA A. BLACKBURN, Bar No. 253731
5  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
6  Sacramento, CA  95814
   Telephone:    916.830.7200
7
   Attorneys for Defendants
8  FRONTIER COMMUNICATIONS
   CORPORATION, CITIZENS TELECOM
9  SERVICES COMPANY, L.L.C., AND KEVIN
   MAILLOUX
10
   GEORGE DUESDIEKER
11 LAW OFFICE OF GEORGE DUESDIEKER
   405 El Camino Real #107
12 Menlo Park, CA  94025
   Telephone:    (650) 566-9529
13
   Attorney for Plaintiff
14 PHYLLIS WHITTEN

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE EASTERN DISTRICT OF CALIFORNIA

17 PHYLLIS WHITTEN,                    Case No.  2:12−CV−02926−TLN−EFB

18              Plaintiff,             **STIPULATION RE: EXPERT WITNESS
                                       DISCLOSURES AND ORDER**
19         v.

20 FRONTIER COMMUNICATIONS
   CORPORATION, a Delaware corporation,
21 CITIZENS TELECOM SERVICES CO.,
   KEVIN MAILLOUX, and Doe 1 through
22 Doe 10,

23              Defendants.

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:129170528.1 064194.1023                    Case No.  2:12−CV−02926−TLN−EFB
STIPULATION RE: DEFENDANTS' DISCOVERY MOTION AND EXPERT WITNESS DISCLOSURES AND
ORDER

1

2          FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM

3   SERVICES COMPANY, L.L.C., and KEVIN MAILLOUX and Plaintiff PHYLLIS WHITTEN,

4   subject to the approval of the Court, hereby stipulate and agree through their respective counsel, as

5   follows:

                    IT IS HEREBY STIPULATED AND AGREED THAT:

6          1.      The parties have filed their Joint Statement pertaining to one of the discovery

7   issues raised in the Court's July 30, 2014 Order Granting Defendants' Ex Parte Application for an

8   Order Extending the Deadline for Defendants to File a Discovery Motion.  Because of the Court's

9   schedule, they were unable to secure a hearing date with Magistrate Judge Brennan until October 29,

10  2014.

11         2.      The parties would like the discovery issue raised in their Joint Statement

12  resolved before they need to retain expert witnesses.  Therefore, because of this October 29, 2014

13  hearing date and Defendants' pending Motion for Summary Judgment or, in the Alternative,

14  Summary Adjudication, the parties agree that the deadline to make expert witness disclosures should

15  be extended to January 9, 2015 and any contradictory and/or rebuttal expert disclosures shall be

16  made on or before February 13, 2015.

17

18                    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

19

20  DATED: September 24, 2014          /s/ *George Duesdieker* (as authorized on 09/24/14)
                                       GEORGE DUESDIEKER
21                                     Law Office of George Duesdieker
                                       Attorneys for Plaintiff PHYLLIS WHITTEN
22

23

24  DATED: September 24, 2014          /s/ *Barbara A. Blackburn*
                                       MARGARET HART EDWARDS
25                                     ADRIANNE B. OSTROWSKI
                                       BARBARA A. BLACKBURN
26                                     Littler Mendelson, P.C.
                                       Attorneys for Defendants FRONTIER
27                                     COMMUNICATIONS CORPORATION, CITIZENS
                                       TELECOM SERVICES COMPANY, L.L.C., AND
28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:129170528.1 064194.1023          2.          Case No.  2:12−CV−02926−TLN−EFB
STIPULATION RE: DEFENDANTS' DISCOVERY MOTION AND EXPERT WITNESS DISCLOSURES AND
ORDER

1        KEVIN MAILLOUX

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: September 24, 2014

5

6

7

8        Troy L. Nunley
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940