UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10,<br><br>　　　　　Defendants. | No.  2:12-cv-2926-TLN-EFB<br><br><br><br>ORDER |

On October 29, 2014, this case was before the court for hearing on defendants' motion to compel plaintiff to respond to defendants' Inspection Demands Nos. 1, 2, and 3.  ECF No. 52. Attorney George Duesdieker appeared on behalf of plaintiff; attorney Barbara Blackburn appeared on behalf of defendants.  For the reasons stated on the record, defendants' motion to compel, ECF No. 52, is DENIED.

As discussed at the October 29 hearing, the parties are encouraged to meet and confer regarding a possible stipulation to extend the discovery deadline.  The parties are reminded that any stipulation must be submitted to the assigned district judge for approval.

So Ordered.

DATED: November 7, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE