MARGARET HART EDWARDS, Bar No. 65699
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940

ADRIANNE B. OSTROWSKI, Bar No. 238786
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200

Attorneys for Defendants
FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX

GEORGE DUESDIEKER
LAW OFFICE OF GEORGE DUESDIEKER
405 El Camino Real #107
Menlo Park, CA  94025
Telephone:    (650) 566-9529

Attorney for Plaintiff
PHYLLIS WHITTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>         Plaintiff,<br><br>    v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10,<br><br>         Defendants. | Case No.  2:12−CV−02926−TLN−EFB<br><br>**STIPULATION RE: EXPERT WITNESS DISCLOSURES AND ORDER** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Defendants FRONTIER COMMUNICATIONS CORPORATION and KEVIN MAILLOUX and Plaintiff PHYLLIS WHITTEN, subject to the approval of the Court, hereby stipulate and agree through their respective counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The parties would like to have a ruling on Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, well in advance of their deadline to make expert witness disclosures in this case. Because the motion is still pending before this Court, and there is currently no trial date on calendar, the parties agree that the deadline to make expert witness disclosures should be extended to sixty (60) days after the Court's ruling on this motion. If the sixtieth (60th) day falls on a weekend, the parties agree that the deadline will be extended to the Monday following the sixtieth (60th) day.

2. The parties further agree that the deadline to make contradictory and/or rebuttal expert disclosures shall be made on or before thirty (30) days following the deadline to make expert witness disclosures. If the thirtieth (30th) day falls on a weekend, the parties agree that the deadline will be extended to the Monday following the thirtieth (30th) day.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 22, 2014  /s/ *George Duesdieker* (as authorized on 12/22/14)
GEORGE DUESDIEKER
Law Office of George Duesdieker
Attorneys for Plaintiff PHYLLIS WHITTEN

DATED: December 22, 2014  /s/ *Barbara A. Blackburn*
MARGARET HART EDWARDS
BARBARA A. BLACKBURN
Littler Mendelson, P.C.
Attorneys for Defendants FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:130699444.1 064194.1023    2.    Case No. 2:12−CV−02926−TLN−EFB
STIPULATION RE: EXPERT WITNESS DISCLOSURES AND ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 23, 2014

                                                  Troy L. Nunley
                                                  United States District Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:130699444.1 064194.1023     3.     Case No.  2:12−CV−02926−TLN−EFB
STIPULATION RE: EXPERT WITNESS DISCLOSURES AND ORDER