1  MARGARET HART EDWARDS, Bar No. 65699
   LITTLER MENDELSON, P.C.
2  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
3  Telephone:   415.433.1940

4  ADRIANNE B. OSTROWSKI, Bar No. 238786
   BARBARA A. BLACKBURN, Bar No. 253731
5  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
6  Sacramento, CA  95814
   Telephone:   916.830.7200

7

8  Attorneys for Defendants
   FRONTIER COMMUNICATIONS
9  CORPORATION, CITIZENS TELECOM
   SERVICES COMPANY, L.L.C., AND KEVIN
   MAILLOUX
10

11 GEORGE DUESDIEKER
   LAW OFFICE OF GEORGE DUESDIEKER
12 405 El Camino Real #107
   Menlo Park, CA  94025
13 Telephone:   (650) 566-9529

14 Attorney for Plaintiff
   PHYLLIS WHITTEN

15                 IN THE UNITED STATES DISTRICT COURT

16                 FOR THE EASTERN DISTRICT OF CALIFORNIA

17 PHYLLIS WHITTEN,                    Case No.  2:12−CV−02926−TLN−EFB

18              Plaintiff,              **STIPULATION RE: EXPERT WITNESS
                                        DISCLOSURES AND ORDER**
19       v.

20 FRONTIER COMMUNICATIONS
   CORPORATION, a Delaware corporation,
21 CITIZENS TELECOM SERVICES CO.,
   KEVIN MAILLOUX, and Doe 1 through
22 Doe 10,

23              Defendants.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Case No.  2:12−CV−02926−TLN−EFB
STIPULATION RE: EXPERT WITNESS DISCLOSURES AND ORDER

Defendants FRONTIER COMMUNICATIONS CORPORATION and KEVIN MAILLOUX and Plaintiff PHYLLIS WHITTEN, subject to the approval of the Court, hereby stipulate and agree through their respective counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED THAT:

1. In light of the Court's Minute Order of February 26, 2015 (ECF No. 61) directing the parties to identify four (4) sets of mutually agreeable dates to start trial within the period of March 2016 through June 2016, the parties request that the deadline for expert disclosure be extended to ninety (90) days before the date set for trial by the Court.  If the ninetieth (90th) day falls on a weekend, the parties agree that the deadline will be extended to the Monday following the ninetieth (90th) day.

2. The parties further agree that the deadline to make contradictory and/or rebuttal expert disclosures shall be made on or before sixty (60) days following the deadline to make expert witness disclosures.  If the sixtieth (60th) day falls on a weekend, the parties agree that the deadline will be extended to the Monday following the sixtieth (60th) day.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 10, 2015          /s/ *George Duesdieker*
                               GEORGE DUESDIEKER
                               Law Office of George Duesdieker
                               Attorneys for Plaintiff PHYLLIS WHITTEN

DATED: March 10, 2015          /s/ *Barbara A. Blackburn*     (as authorized on 3/10/15)
                               MARGARET HART EDWARDS
                               BARBARA A. BLACKBURN
                               Littler Mendelson, P.C.
                               Attorneys for Defendants FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX

/ / /

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

2.    Case No. 2:12−CV−02926−TLN−EFB
STIPULATION RE: EXPERT WITNESS DISCLOSURES AND ORDER

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: March 11, 2015

4  _____
   Troy L. Nunley
5  United States District Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

3.

Case No. 2:12−CV−02926−TLN−EFB

STIPULATION RE: EXPERT WITNESS DISCLOSURES AND ORDER