NANCY E. PRITIKIN, Bar No. 102392
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
nepritikin@littler.com

BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
bblackburn@littler.com

Attorneys for Defendants
FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX

GEORGE DUESDIEKER
LAW OFFICE OF GEORGE DUESDIEKER
405 El Camino Real #107
Menlo Park, CA 94025
Telephone: (650) 566-9529
george@duesdieker.com

Attorney for Plaintiff
PHYLLIS WHITTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WHITTEN,<br><br>         Plaintiff,<br><br>   v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10,<br><br>         Defendants. | Case No. 2:12−CV−02926−TLN−EFB<br><br>**STIPULATION RE: FINAL PRETRIAL ORDER AND ORDER** |

Firmwide:139604547.1 064194.1023                                Case No. 2:12−CV−02926−TLN−EFB
STIPULATION RE: FINAL PRETRIAL ORDER AND ORDER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Defendant FRONTIER COMMUNICATIONS CORPORATION and Plaintiff PHYLLIS WHITTEN, subject to the approval of the Court, hereby stipulate and agree through their respective counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED THAT:

1. In addition to the exhibits identified by Plaintiff's Exhibit C to the Joint Pretrial Conference Statement, the Final Pretrial Order is modified on page 10, line 9 to include the exhibits listed in Defendants' Exhibit D to the Joint Pretrial Conference Statement.

2. Per the STIPULATION RE: EXPERT WITNESS DISCLOSURES AND ORDER (ECF 63), rebuttal expert reports are not due until April 18, 2016. Also, Plaintiff's deposition of Defendants' expert is not set until April 5, 2016. The parties reserve the ability to make appropriate motions in limine with respect to the report of any rebuttal expert(s) and Defendants' expert set for deposition on April 5, 2016.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 28, 2016          /s/ *George Duesdieker* (as authorized on 3/28/16)
                               GEORGE DUESDIEKER
                               Law Office of George Duesdieker
                               Attorneys for Plaintiff PHYLLIS WHITTEN


DATED: March 28, 2016          /s/ *Barbara A. Blackburn*
                               NANCY E. PRITIKIN
                               BARBARA A. BLACKBURN
                               LITTLER MENDELSON, P.C.
                               Attorneys for Defendants FRONTIER
                               COMMUNICATIONS CORPORATION, CITIZENS
                               TELECOM SERVICES COMPANY, L.L.C., AND
                               KEVIN MAILLOUX

2.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:139604547.1 064194.1023                Case No. 2:12−CV−02926−TLN−EFB
STIPULATION RE: FINAL PRETRIAL ORDER AND ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2016

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:139604547.1 064194.1023

3.

Case No. 2:12−CV−02926−TLN−EFB

STIPULATION RE: FINAL PRETRIAL ORDER AND ORDER