NANCY E. PRITIKIN, Bar No. 102392
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
nepritikin@littler.com

BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200
bblackburn@littler.com

Attorneys for Defendants
FRONTIER COMMUNICATIONS CORPORATION, CITIZENS TELECOM SERVICES COMPANY, L.L.C., AND KEVIN MAILLOUX

GEORGE DUESDIEKER
LAW OFFICE OF GEORGE DUESDIEKER
405 El Camino Real #107
Menlo Park, CA  94025
Telephone:    (650) 566-9529
george@duesdieker.com

Attorney for Plaintiff
PHYLLIS WHITTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PHYLLIS WHITTEN, | Case No.  2:12−CV−02926−TLN−EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: PLAINTIFF'S PROPOSED MOTION IN LIMINE** |
| v. | |
| FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation, CITIZENS TELECOM SERVICES CO., KEVIN MAILLOUX, and Doe 1 through Doe 10, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

The deposition of Defendant's expert (who is also serving as Defendant's rebuttal expert) was taken on April 25, 2016; Defendant's expert's rebuttal report was served in a timely manner on April 18, 2016.  In light of Defendant's expert's testimony on April 25, 2016, Plaintiff desires to file an additional motion in limine relating to the qualifications of defendant's expert with respect to compensation management.   Plaintiff's view is that such a motion is consistent with the letter and spirit of STIPULATION RE: FINAL PRETRIAL ORDER AND ORDER (ECF 77, filed 3/31/2016)

Defendant FRONTIER COMMUNICATIONS CORPORATION and Plaintiff PHYLLIS WHITTEN, subject to the approval of the Court, hereby stipulate and agree through their respective counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED THAT:

Plaintiff's further motion in limine relating to the qualifications of defendant's expert with respect to compensation management shall be filed no later than April 29, 2016 at 5 p.m.  Defendant's opposition shall be filed no later than May 6, 2016 at 5 p.m.  Plaintiff's reply shall be filed no later than May 9, 2016 at 5 p.m.  Plaintiff's further motion in limine shall be heard with the other motions in limine set to be heard on May 12, 2016 at 1:30 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April  26, 2016		/s/ *George Duesdieker*
					GEORGE DUESDIEKER
					Law Office of George Duesdieker
					Attorneys for Plaintiff PHYLLIS WHITTEN


DATED: April  26, 2016		/s/ *BB or NP*  (as authorized on 4/  /16)
					NANCY E. PRITIKIN
					BARBARA A. BLACKBURN
					LITTLER MENDELSON, P.C.
					Attorneys for Defendants FRONTIER
					COMMUNICATIONS CORPORATION, CITIZENS
					TELECOM SERVICES COMPANY, L.L.C., AND
					KEVIN MAILLOUX

2.

Case No.  2:12−CV−02926−TLN−EFB

STIPULATION RE: MOTION IN LIMINE ORDER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 26, 2016

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

3.

Case No.  2:12−CV−02926−TLN−EFB

STIPULATION RE: MOTION IN LIMINE ORDER